

Central Case Management Center
Kathleen Gossett-Cantrell
Assistant Vice President
13727 Noel Road
Suite 1025
Dallas, TX 75240
Telephone: (972)702-8222

July 7, 2026

Zachary Westerfield
Westerfield & Martin, LLC
600 17th Street
Suite 2800 South Tower
Denver, CO 80202-5428
Via Email to: zach@westerfieldlaw.com

Molly Melcher, Esq.
Fenwick & West LLP
555 California Street, Floor 12
242
San Francisco, CA 94957
Via Email to: mmelcher@fenwick.com

Case Number: 01-25-0003-1380

Ranches of the West, Inc.
-vs-
Intuit Inc.

Dear Parties:

The American Arbitration Association (the AAA) has closed the file in the above-referenced matter and marked it Dismissed with Prejudice as of the date of this correspondence.

The AAA has conducted a financial reconciliation, and each party will receive a separate accounting for this matter based on that reconciliation. Any party with an outstanding balance will receive monthly invoices until the balance is paid in full.

Any outstanding balances the parties may owe the AAA for the administrative fees or arbitrator compensation and expenses incurred during the case remain due and payable to the AAA even after the award is issued, regardless of whether the award apportioned these costs between the parties.

The AAA will process any refund due to a party as soon as possible.

Please note that the AAA WebFile® ECF Guidelines will not apply after closing of the case. Therefore, any additional submissions from the parties in this matter should be submitted via email to the AAA, with copies sent to all other parties.

Pursuant to AAA policy, in the normal course of our administration, we may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of documents that the AAA maintains indefinitely in our system, the AAA may destroy electronic case documents 18 months after the date of this correspondence.

We appreciate the opportunity to assist you in resolving your dispute. As always, please do not hesitate to contact me if you have any questions.

Sincerely,

*/s/Kiamesha Bright*

Kiamesha Bright
Manager of ADR Services
Direct Dial: (972)499-5793
Email: KiameshaBright@adr.org

cc:     Samuel Sahagian, Esq.
        Reid L. Rosenthal
        Charles T. Compton, Esq.